AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Slabbed New Media, LLC <br> Douglas Handshoe <br> _____ <br> *Plaintiff* <br> v. <br> Trout Point Lodge, Limited <br> Charles Leary and Vaughn Perret <br> _____ <br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:12-cv-00038 HSO-RHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Trout Point Lodge, Limited
189 Trout Point Road
Kemptville, Nova Scotia B0W 1Y0 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 3-22-12     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Slabbed New Media, LLC <br> Douglas Handshoe <br> *Plaintiff* <br> v. <br> Trout Point Lodge, Limited <br> Charles Leary and Vaughn Perret <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  1:12-cv-00038  HSO-RHW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles Leary
189 Trout Point Road
Kemptville, Nova Scotia B0W 1Y0 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: 3-22-12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Slabbed New Media, LLC Douglas Handshoe | ) ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:12-cv-00038 HSO-RHW |
| Trout Point Lodge, Limited Charles Leary and Vaughn Perret | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Vaughn Perret
189 Trout Point Road
Kemptville, Nova Scotia BOW 1Y0 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 3-22-12

_____
*Signature of Clerk or Deputy Clerk*