**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SLABBED NEW MEDIA, LLC**                                  **PLAINTIFFS**
**A MISSISSIPPI LLC, AND**
**DOUGLAS HANDSHOE**

**VERSUS**                        **CIVIL ACTION NO. 1:12-CV-38-HSO-RHW**

**TROUT POINT LODGE, LIMITED, A**                **DEFENDANTS**
**FOREIGN LIMITED COMPANY;**
**CHARLES LEARY AND VAUGHN PERRET**

## ENTRY OF APPEARANCE

COMES NOW, the undersigned, Thomas E. Vaughn of the law firm of VAUGHN &

BOWDEN, PA, and enters this his appearance as counsel in the above styled and

numbered case as counsel for the Plaintiffs, Slabbed New Media, LLC, A Mississippi LLC,

and Douglas Handshoe.

RESPECTFULLY SUBMITTED, this the 22nd day of March, 2012.

VAUGHN & BOWDEN, PA


By:    _s/Thomas E. Vaughn_____
            Thomas E. Vaughn
            Mississippi Bar No. 6606

VAUGHN & BOWDEN, PA
2500 14th Street, Suite 800
Post Office Drawer 240
Gulfport, MS  39502-0240
Telephone:  (228) 863-5656
Facsimile:  (228) 863-6509
E-Mail:  tvaughn@vaughnbowden.com

CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send such notification of such filing to all participants registered electronically and I hereby certify that I have mailed by United States Postal Service the document to all non-ECF participants.

So certified, this the 22nd day of March, 2012.

s/ Thomas E. Vaughn
Thomas E. Vaughn