IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SLABBED NEW MEDIA, LLC, A MISSISSIPPI LLC, DOUGLAS HANDSHOE | PLAINTIFFS |
| | CIVIL ACTION NO.: |
| VERSUS | 1:12-cv-38HSO-RHW |
| | District Judge Halil S. Ozerden |
| TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY; | Magistrate Judge Robert H. Walker |
| CHARLES LEARY AND VAUGHN PERRET | DEFENDANTS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:   Jack E. Truitt, Esq.

Firm Name:   The Truitt Law Firm, LLC

Office Address:   149 North New Hampshire Street

City:   Covington   State:   Louisiana   Zip:   70433

Telephone:   (985) 327-5266   Fax:   (985) 327-5252

E-Mail:   mail@truittlaw.com

(B)   Client(s):   Slabbed New Media, LLC, Douglas Handshoe

Address:   Post Office Box 788

City:   Wiggins   State:   Mississippi   Zip:   39577

Telephone:   (228) 284-0004   Fax:   (601) 928-5129

(C)   Applicant is admitted to practice in the:

**State of Louisiana**

and is currently in good standing with the Supreme Court of the State of Louisiana. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

**Supreme Court of the State of Louisiana**
**400 Royal Street, # 4200**
**New Orleans, Louisiana 70130**
**Telephone: (504) 310-2300**
**www.lasc.org**

All other courts before which Applicant has been admitted to practice:

**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street, Room C-151**
**New Orleans, Louisiana 70130**
**Telephone: (504) 589-7600**
**www.laed.uscourts.gov**

A certificate issued within ninety days of the date of this Application, is also enclosed.

|     |                                                                                                                 | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------------------|-----|----|
| (D) | Has Applicant been denied admission pro hac vice in this state?                                                 |     | X  |
|     | Has Applicant had admission pro hac vice revoked in this state?                                                 |     | X  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?        |     | X  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

**Not applicable.**

|     |                                                                                                                                                                             | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years?       |     | X  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | **Yes** | **No** |
|-----|-----|---------|--------|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)  Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

**Not applicable.**

(H)  Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

**Not applicable.**

|     |     | **Yes** | **No** |
|-----|-----|---------|--------|
| (I) | Has Applicant read and become familiar with all the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X |  |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X |  |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No:  **Thomas E. Vaughn, MSB #6606**

Firm Name: **VAUGHN & BOWDEN, PA**

Office Address:  **One Hancock Plaza, 2510 14th Street, Suite 912**

City: **Gulfport**    State: **Mississippi**    Zip: **39501**

Telephone:  (228) 863-6056 [handwritten correction over (228) 265-5710]    Fax:  **(228) 863-6509**

E-Mail:  **www.vaughnbowden.com**

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
THOMAS E. VAUGHN, BAR NO. 6606

I certify that the information provided in this Application is true and correct.

Executed on March 7, 2012.

Respectfully Submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

_____
JACK E. TRUITT, BAR NO. 18476, T.A.
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 26th day of March, 2012.

_____