AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Louisiana

**CERTIFICATE OF GOOD STANDING**

*I,* Loretta G. Whyte *, Clerk of this Court,*

*certify that* Jack Etherton Truitt *, Bar #* 18476 *,*

*was duly admitted to practice in this Court on*

10/30/1987
DATE

*, and is in good standing as a member of the Bar of this Court.*

*Dated at* New Orleans, Louisiana *on* 02/24/2012 .
LOCATION               DATE

Loretta G. Whyte
CLERK

*[signature]*
DEPUTY CLERK