UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SLABBED NEW MEDIA, LLC
and DOUGLAS HANDSHOE                                                              PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 1:12cv38-HSO-RHW

TROUT POINT LODGE, LIMITED, *et al.*                                              DEFENDANTS

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The Court has considered [4] the Motion to Appear *Pro Hac Vice* filed on behalf of the plaintiffs Slabbed New Media, LLC, and Douglas Handshoe, and finds same to be in accordance with Rule 83.1(d) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS, THEREFORE, ORDERED that the Motion to Appear *Pro Hac Vice* is hereby **granted**, and Jack E. Truitt shall be admitted *pro hac vice* to serve as co-counsel for the plaintiffs Slabbed New Media, LLC, and Douglas Handshoe, upon the payment of the appropriate filing fee to the Clerk of the Court and completing registration for electronic filing.

SO ORDERED, this the 27th day of March, 2012.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE