## *Karen Ladner Ruhr*

HANCOCK COUNTY CIRCUIT CLERK
152 MAIN STREET, SUITE B
BAY ST. LOUIS, MISSISSIPPI 39520

228-467-5265
228-467-5266
228-467-2779 Fax

GULFPORT: 228-868-1913
TOLL FREE: 1-800-771-9942

## CERTIFICATE OF CLERK AS TO CERTIFIED COPY

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Karen Ladner Ruhr, Clerk of the Circuit Court of the said County and State, hereby certify

that the foregoing pages contain a true and correct copy  of the file from the Circuit Court of said

County and State in Cause number  12-0103  Styled:

TROUT POINT LODGE LIMITED, A Nova Scotia
Limited Company
VAUGHN PERRET AND CHARLES LEARY

VS

DOUG K. HANDSHOE

as the originals of same appear of record and file in my office.

Given under my hand and official seal affixed, this the 28TH day of  March, 2012.

KAREN LADNER RUHR
HANCOCK COUNTY
CIRCUIT CLERK

BY.  K. Corr  D.C.

IN THE CIRCUIT COURT OF HANCOCK COUNTY

STATE OF MISSISSIPPI

| | |
|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DOUG K. HANDSHOE, | )<br>) |
| Defendant. | )<br>) |

FILED

MAR 2 6 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

Civil Action No.: 12-0103

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, by its undersigned counsel, hereby gives notice that it has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled <u>Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe</u>, Civil Action No. 12-0103.   A copy of the Notice of removal is attached as Exhibit "1".

DATED:   March 23, 2012

_____
G. GERALD CRUTHIRD, Esquire
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS   39466
Telephone:   (601) 798-0220
Facsimile:   (601) 798-4591
Email:   ggeraldc@bellsouth.net

**COUNSEL FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

I hereby certify I have mailed (via U.S. Mail) a copy of the foregoing Notice of Filing Notice of

Removal to the following:

> Henry Laird, Esquire
> Mississippi Bar No. 1774
> Jones, Walker, Waechter, Poitevent,
> Carrere & Denegre, LLP
> 2510 14th Street, Suite 1125 (39501)
> Post Office Drawer 160
> Gulfport, MS   39502
> Telephone:  (228) 864-3094
> Facsimile:  (228) 864-0516
> Email:  hlaird@joneswalker.com
> *Attorneys for Plaintiff*

THIS the _____ day of March, 2012.

_____
G. GERALD CRUTHIRD

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 26 2012

J T NOBLIN CLERK
BY _____ DEPUTY

TROUT POINT LODGE, LIMITED,              )
A Nova Scotia Limited Company;           )
VAUGHN PERRET and                        )
CHARLES LEARY,                           )
                                         )
                    Plaintiff,           )
                                         )          Civil Action No.: 1.12CV90 LG-JMR
v.                                       )
                                         )
DOUG K. HANDSHOE,                        )
                                         )
                    Defendant.           )

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 *et seq.,* Defendant, Doug K. Handshoe, files this Notice of

Removal of the Civil Action filed against him by Plaintiffs, Trout Point Lodge, Limited, Vaughn

Perret and Charles Leary, and states as follows:

1.      On March 8, 2012, Plaintiffs' filed their Motion to Enroll Foreign Judgment in the

lawsuit styled *Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and*

*Charles Leary v. Doug K. Handshoe,* Civil Action No. 12-0103, in the Circuit Court of Hancock

County, Mississippi.

2.      The Defendant, Doug K. Handshoe, was served with notice of such filing on or

about March 9, 2012.

3.      Removal is proper under 28 U.S.C. § 4103, because Plaintiffs' suit involves a

Federal question.  Specifically, Plaintiffs have alleged defamation via the internet by Defendant

in securing rendition of a foreign judgment against Defendant in the Supreme Court of Nova

1

Scotia, Canada on or about February 2, 2012; and in response thereto Defendant has filed his suit in this Court, styled *Slabbed New Media, LLC, a Mississippi LLC, Douglas Handshoe vs. Trout Point Lodge, Limited, a Foreign Limited Company; Charles Leary and Vaughn Perret*, Civil Action No. 1:12-CV-00038-RHW, filed in the United States District Court for the Southern District of Mississippi, Southern Division, under the provisions of the Securing The Protection Of Our Enduring and Established Constitutional Heritage Act, pursuant to 28 U.S.C. Sections 4101, *et seq.*

4.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the State Court where the action has been pending is located in this district.

5.     This Notice is being filed with this Court within thirty (30) days after Defendant received a copy of Plaintiffs' initial pleading, Motion to Enroll Foreign Judgment.

6.     Defendant would further show that true and correct copies of all process, pleadings and orders filed to date in the above described State Court action are attached hereto as Exhibit "A"; and that no other process, pleadings, or orders have been served upon Defendant to date in this action.

7.     Defendant files this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs' above described foreign judgment can be enrolled or enforced.

8.     Defendant is filing contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, informing the Clerk that this action is being removed.   A copy of said Notice of Filing Notice of removal is attached as Exhibit "B".

Defendant prays that this Court take jurisdiction of this action to its conclusion, to the exclusion of any further proceedings in the State Court in accordance with the law.  Defendant also prays for such other and further relief to which it may be justly entitled.

DATED:   March 23, 2012

Respectfully Submitted,

**G. GERALD CRUTHIRD, Esquire**
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS   39466
Telephone:  (601) 798-0220
Facsimile:  (601) 798-4591
Email:  ggeraldc@bellsouth.net

**CO-COUNSEL FOR DEFENDANT**


**JACK E. "BOBBY" TRUITT, Esquire**
The Truitt Law Firm, L.L.C.
149 North New Hampshire Street
Covington, LA   70433-3235
Telephone:  (985) 327-5266
Facsimile:  (985) 327-5252
Mobile:  (985) 778-1973
Email:  btruitt@truittlaw.com

**CO-COUNSEL FOR DEFENDANT,
APPEARING PRO HAC VICE**

3

## CERTIFICATE OF SERVICE

I hereby certify I have mailed (via U.S. Mail) a copy of the foregoing Defendant's Notice of Removal to the following:

> Henry Laird, Esquire
> Mississippi Bar No. 1774
> Jones, Walker, Waechter, Poitevent,
> Carrere & Denegre, LLP
> 2510 14th Street, Suite 1125 (39501)
> Post Office Drawer 160
> Gulfport, MS   39502
> Telephone:   (228) 864-3094
> Facsimile:   (228) 864-0516
> Email:   hlaird@joneswalker.com
> *Attorneys for Plaintiff*

and have hand delivered a true and correct copy unto

> Karen Ladner Ruhr
> Circuit Clerk of Hancock County, Mississippi
> 152 Main Street, Suite B
> Bay St. Louis, MS   39520

THIS the _____26th_____ day of March, 2012.

_____
G. GERALD CRUTHIRD

4

CERTIFICATE OF CLERK

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Karen Ladner Ruhr, Circuit Clerk of the said County and State, hereby certify that the

foregoing pages contain a true and correct copy of the complete file in Cause No.

12-0103 styled Trout Point Lodge et al versus Doug K. Handshoe as appears on file in

my office this date.

Given under my hand official seal affixed, this the 14th day of March, 2012.


KAREN LADNER RUHR
CIRCUIT CLERK
HANCOCK COUNTY, MS

By: _____ DC


**EXHIBIT**

**"A"**

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY

**PLAINTIFFS**

CAUSE NO: _12-0103_

VERSUS

DOUG K. HANDSHOE

**DEFENDANT**

---

## MOTION TO ENROLL FOREIGN JUDGMENT

---

COME NOW Plaintiffs/Judgment Creditors, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and file this their Motion to Enroll Foreign Judgment against Defendant/Judgment Debtor, Doug K. Handshoe, and in support thereof would submit a true and correct copy of the Judgment as Exhibit "A" and the Affidavit of Henry Laird as Exhibit "B".

Respectfully submitted, this the 8th day of March, 2012.

Trout Point Lodge, Limited, Vaughn Perret and
Charles Leary, Judgment Creditors

By: _____
Henry Laird, Mississippi Bar No. 1774

MAR 0 8 2012

{GP000720.1}

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

Doug K. Handshoe
345 Carroll Avenue
Bay St. Louis, Mississippi  39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email:  hlaird@joneswalker.com

{GP000720.1}

2011

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, a Nova Scotia Limited
Company, Vaughn Perret & Charles Leary

- and -

Doug K. Handshoe and Jane Doe

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of
damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary
and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge,
Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge, $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000
  in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000
  in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the Defendant, Douglas K.
Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner
whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge,
Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and
promotion on the blog named Slabbed, and any similar or other publications. For further particularity,
the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any
manner whatsoever, whether by way of the Internet or other medium, any statements or other
communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued
publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document
is a true copy of the original.
Dated 2__ day of February, 20__

Prothonotary

Elaine L. d'Entremont
Prothonotary

EXHIBIT
"A"

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued: February 16, 2012

Elisabeth D. Entremont
Prothonotary

Prothonotary

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                    PLAINTIFFS

VERSUS                                          CAUSE NO: _____

DOUG K. HANDSHOE                                                DEFENDANT

_____

AFFIDAVIT OF HENRY LAIRD

_____

STATE OF MISSISSIPPI
COUNTY OF HARRISON

    PERSONALLY APPEARED BEFORE ME the undersigned authority for the County and

State aforesaid the within named Henry Laird of Jones, Walker, Waechter, Poitevent, Carrère &

Denègre, LLP, says the following things are true:

    1.    He makes this Affidavit on personal knowledge, representations of the Plaintiffs

and upon the Order entered February 2, 2012 in the Supreme Court of Nova Scotia styled: *Trout

Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret & Charles

Leary and Doug K. Handshoe and Jane Doe*, Yar. No: 353654.

    2.    Attached hereto as Exhibit "A" is a true, correct and certified copy of the

judgment in favor of Trout Point Lodge, Limited, Vaughn Perret & Charles Leary against Doug

K. Handshoe.

    3.    The name of the judgment debtor in the above styled case is Doug K. Handshoe,

and last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi 39520.

The post office address of the judgment creditors, Trout Point Lodge, Charles Leary and Vaughn

Perret is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada.

(GP000691.1)

**EXHIBIT**

"B"

_____

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

Prothonotary

Eugene I. of Settlement
Prothonotary

CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

Doug K. Handshoe
345 Carroll Avenue
Bay St. Louis, Mississippi 39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: hlaird@joneswalker.com

1011

Yar.No. 35

**IN THE SUPREME COURT OF NOVA SCOTIA**
BETWEEN:

Trout Point Lodge, Limited, *a Nova Scotia Limited Company*, Vaughn Perret & Charles Leary

- and –

Doug K. Handshoe and Jane Doe

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document
is a true copy of the original.
Dated 2 day of February 2012

Prothonotary

Elaine L. d'Entremont
Prothonotary

**EXHIBIT**

"A"

**U.S. Postal Service**
**CERTIFIED MAIL** **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

BAY SAINT LOUIS
MAR 09
39520 USPS
Postmark Here

Sent To  *Doug Handshoe*
Street, Apt. No.; or PO Box No.  *345 Carroll Ave.*
City, State, ZIP+4  *Bay St. Louis MS 39520*

7010 1670 0001 8459 1457

PS Form 3800, August 2006          See Reverse for Instructions

FILED

MAR 12 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

COVER SHEET
Civil Case Filing Form
(To be completed by Attorney/Party
Prior to Filing of Pleading)

| Court Identification Docket | | Case Year | | | Docket Number |
|---|---|---|---|---|---|
| 2 | 3 | 1 | C 1 | | 2 0 1 2 | | | 2 0 0 3 |

County # / Judicial District / Court ID (CI, CO, CO)

Local Docket ID

| | Month | Date | Year |
|---|---|---|---|
| | 0 3 | 0 8 | 1 2 |

This area to be completed by clerk

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts          (Rev 2009)

Case Number if filed prior to 1/1/94

In the CIRCUIT _____ Court of HANCOCK _____ County — Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First – Enter Additional Plaintiffs on Separate Form**

Individual

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business Trout Point Lodge, Ltd.
Enter legal name of business, corporation, partnership, agency – If Corporation, indicate the state where Incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada

Attorney (Name & Address) Henry Laird, Post Office Box 160, Gulfport, MS 39502          MS Bar No. 1774

____ Check ( x ) if Individual Filing in his Pleading is NOT an attorney

Signature of Individual Filing _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual Handshoe          Doug          K

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of 345 Carroll Avenue, Bay St. Louis, MS

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency – if Corporation, indicate the state where Incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known          MS Bar No. _____

Damages Sought:     Compensatory $ _____     Punitive $ _____     Check ( x ) if child support is contemplated as an issue in this suit
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors-Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [X] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm, Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts-Personal Injury** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [ ] Other |

FURTHER THIS AFFIANT SAYETH NOT.

HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the 8th day of March, 2012.

Notary Public

(Seal)

My Commission Expires:

FURTHER THIS AFFIANT SAYETH NOT.

HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the 8th day of March, 2012.

Notary Public

(Seal)

STATE OF MISSISSIPPI
LEIGH DAVIS
NOTARY PUBLIC
ID#: 16491
Commission Expires
April 2, 2013
HARRISON COUNTY

My Commission Expires:

{GP000691.1}

IN THE CIRCUIT COURT OF HANCOCK COUNTY

STATE OF MISSISSIPPI

|  |  |  |
|---|---|---|
| TROUT POINT LODGE, LIMITED, | ) | |
| A Nova Scotia Limited Company; | ) | |
| VAUGHN PERRET and | ) | |
| CHARLES LEARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 12-0103 |
| | ) | |
| | ) | |
| DOUG K. HANDSHOE, | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF FILING NOTICE OF REMOVAL</u>

Defendant, by its undersigned counsel, hereby gives notice that it has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled <u>Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe</u>, Civil Action No. 12-0103.   A copy of the Notice of removal is attached as Exhibit "1".

DATED:   March 23, 2012

**G. GERALD CRUTHIRD, Esquire**
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS   39466
Telephone:   (601) 798-0220
Facsimile:   (601) 798-4591
Email:   ggeraldc@bellsouth.net

**COUNSEL FOR DEFENDANT**

EXHIBIT
"B"

## CERTIFICATE OF SERVICE

I hereby certify I have mailed (via U.S. Mail) a copy of the foregoing Notice of Filing Notice of Removal to the following:

> Henry Laird, Esquire
> Mississippi Bar No. 1774
> Jones, Walker, Waechter, Poitevent,
> Carrere & Denegre, LLP
> 2510 14th Street, Suite 1125 (39501)
> Post Office Drawer 160
> Gulfport, MS   39502
> Telephone:   (228) 864-3094
> Facsimile:   (228) 864-0516
> Email:   hlaird@joneswalker.com
> *Attorneys for Plaintiff*

THIS the _____ 26th _____ day of March, 2012.

_____
G. GERALD CRUTHIRD

2

*12-0103*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jennifer Handshoe_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) C. Date of De<br>_Jennifer Handshoe_ |
| 1. Article Addressed to: *12-0103*<br><br>Doug K Handshoe<br>345 Carroll Ave·<br>Bay St Louis, MS 39520 | D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(Transfer from se... ....) | 7010 1670 0001 6459 1457 |
| PS Form 3811, February 2004 Domestic Return Receipt | 102595-02-M-1540 |

FILED

MAR 2 0 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO
BY _____ D.C.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

BAY SAINT LOUIS
MAR 09
39520 USPS

Postmark or Here

Sent To  Doug Handshoe

Street, Apt. No.;
or PO Box No.  345 Carroll Ave

City, State, ZIP+4  Bay St. Louis MS 39520

PS Form 3800, August 2006          See Reverse for Instructions

7010 1670 0001 6459 1457

FILED

MAR 1 2 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
By_____ D.C.

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                    PLAINTIFFS

VERSUS                                          CAUSE NO: 12-0103

DOUG K. HANDSHOE                                                DEFENDANT

---

CLERK'S NOTICE OF FILING FOREIGN JUDGMENT

---

Take notice that the Circuit Clerk of Hancock County, Mississippi has enrolled a judgment in favor of Plaintiffs/Judgment Creditors, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, whose post office address is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada and whose attorney is Henry Laird of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, located at 2510 14th Street, Gulfport, Mississippi. The Defendant/Judgment Debtor is Doug K. Handshoe whose last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi 39520, and this Notice of Filing Foreign Judgment is being mailed by the Hancock County, Mississippi Circuit Clerk to that address.

A true and correct copy of the Foreign Judgment is attached hereto as Exhibit "A".

This the 8th day of March, 2012.

By: _Karen L. Ruh_

CIRCUIT COURT CLERK

By: _L. Cau_

{GP000692.1}


2011

Yar. No. 3536

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

**Trout Point Lodge, Limited,** a *Nova Scotia Limited Company,* **Vaughn Perret & Charles Leary**

- and –

**Doug K. Handshoe** and **Jane Doe**

**Defendants**

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
i hereby certify that the foregoing document is a true copy of the original.
Dated 2 day of February, 2012

Prothonotary

Elaine L. d'Entremont
Prothonotary

**EXHIBIT**

"A"

or other communications which refer to the plaintiffs by name, depiction or description. All such
material is hereby ordered to be immediately removed from publication.

Issued February 2 , 2012

Elaine L. d'Entremont
Prothonotary

Prothonotary

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                    **PLAINTIFFS**

**VERSUS**                                         CAUSE NO: *12 - 0103*

DOUG K. HANDSHOE                                                 **DEFENDANT**

---

### MOTION TO ENROLL FOREIGN JUDGMENT

---

COME NOW Plaintiffs/Judgment Creditors, Trout Point Lodge, Limited, Vaughn Perret

and Charles Leary, and file this their Motion to Enroll Foreign Judgment against

Defendant/Judgment Debtor, Doug K. Handshoe, and in support thereof would submit a true and

correct copy of the Judgment as Exhibit "A" and the Affidavit of Henry Laird as Exhibit "B".

Respectfully submitted, this the 8th day of March, 2012.

Trout Point Lodge, Limited, Vaughn Perret and
Charles Leary, Judgment Creditors

By: _____
Henry Laird, Mississippi Bar No. 1774

FILED

MAR 0 8 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

{GP000720.1}

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

Doug K. Handshoe
345 Carroll Avenue
Bay St. Louis, Mississippi  39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email:  hlaird@joneswalker.com

{GP000720.1}

2011

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Yar. No. 353664

**Trout Point Lodge, Limited,** *a Nova Scotia Limited Company,* **Vaughn Perret & Charles Leary**

- and –

**Doug K. Handshoe** and **Jane Doe**

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
i hereby certify that the foregoing document
is a true copy of the original.
Dated 2 day of February, 2012

Prothonotary

Elaine L. d'Entremont
Prothonotary

**EXHIBIT**

tabbies

"A"

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2 , 2012

Elaine L. d'Entremont
Prothonotary

Prothonotary

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**TROUT POINT LODGE, LIMITED, A Nova Scotia**
**Limited Company; VAUGHN PERRET and**
**CHARLES LEARY**                                              **PLAINTIFFS**

**VERSUS**                                   **CAUSE NO:** _____

**DOUG K. HANDSHOE**                                           **DEFENDANT**

_____

AFFIDAVIT OF HENRY LAIRD

_____

STATE OF MISSISSIPPI
COUNTY OF HARRISON

 PERSONALLY APPEARED BEFORE ME the undersigned authority for the County and

State aforesaid the within named Henry Laird of Jones, Walker, Waechter, Poitevent, Carrère &

Denègre, LLP, says the following things are true:

 1.      He makes this Affidavit on personal knowledge, representations of the Plaintiffs

and upon the Order entered February 2, 2012 in the Supreme Court of Nova Scotia styled: *Trout*

*Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret & Charles*

*Leary -and- Doug K. Handshoe and Jane Doe,* Yar. No: 353654.

 2.      Attached hereto as Exhibit "A" is a true, correct and certified copy of the

Judgment in favor of Trout Point Lodge, Limited, Vaughn Perret & Charles Leary against Doug

K. Handshoe.

 3.      The name of the judgment debtor in the above styled case is Doug K. Handshoe,

and last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi  39520.

The post office address of the judgment creditors, Trout Point Lodge, Charles Leary and Vaughn

Perret  is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada.

{GP000691.1}



EXHIBIT

"B"

FURTHER THIS AFFIANT SAYETH NOT.

_____
HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the _8th_ day of March, 2012.

_____
Notary Public

(Seal)

STATE OF MISSISSIPPI
LEIGH DAVIS
NOTARY PUBLIC
ID# 46491
Commission Expires
April 2, 2013
HARRISON COUNTY

_____
My Commission Expires:

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| 2 3 1 C I | 2 0 1 2 | 0 0 0 3 |

County #  Judicial District  Court ID (CH, CI, CO)

Local Docket ID

Mississippi Supreme Court        Form AOC/01
Administrative Office of Courts        (Rev 2009)

**03 08 12**
Month  Date  Year
This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the **CIRCUIT** ___ Court of **HANCOCK** ___ County ___ Judicial District

**Origin of Suit (Place an "X" in one box only)**

| | | | |
|---|---|---|---|
| [X] Initial Filing | [ ] Reinstated | [ ] Foreign Judgment Enrolled | [ ] Transfer from Other court | [ ] Other |
| [ ] Remanded | [ ] Reopened | [ ] Joining Suit/Action | [ ] Appeal | |

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual _____

Last Name ___ First Name ___ Maiden Name, if applicable ___ M.I. ___ Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business **Trout Point Lodge, Ltd.**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff **189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada**

Attorney (Name & Address) **Henry Laird, Post Office Box 160, Gulfport, MS 39502**   MS Bar No. **1774**

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual **Handshoe** ___ **Doug** ___ **K.**

Last Name ___ First Name ___ Maiden Name, if applicable ___ M.I. ___ Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of **345 Carroll Avenue, Bay St. Louis, MS**

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known ___ MS Bar No. _____

**Damages Sought:** Compensatory $ _____ Punitive $ _____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [X] Foreign Judgment | [ ] Other | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other | [ ] Other | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other | [ ] Other |

IN THE <u>CIRCUIT</u>       COURT OF <u>HANCOCK</u>         COUNTY, MISSISSIPPI

<u>                    </u> JUDICIAL DISTRICT, CITY OF <u>                    </u>

Docket No.<u>         </u> - <u>               </u>   <u>              </u>       Docket No. If Filed
          File Yr       Chronological No.     Clerk's Local ID       Prior to 1/1/94<u>                          </u>

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

## Plaintiff #2:

Individual: <u>Perret</u>          <u>Vaughn</u>       ( <u>                    </u> )  <u>        </u>  <u>         </u>
           Last Name        First Name      Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>189 Trout Road, Kemptville, NS B0W 1Y0 Canada</u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>                                                            </u>

**Business** <u>                                                            </u>
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>                                                            </u>

ATTORNEY FOR THIS PLAINTIFF: <u>1774</u>   Bar # or Name: <u>Henry Laird</u>            *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## Plaintiff #3:

Individual: <u>Leary</u>          <u>Charles</u>       ( <u>                    </u> )  <u>        </u>  <u>         </u>
           Last Name        First Name      Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>189 Trout Road, Kemptville, NS B0W 1Y0 Canada</u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>                                                            </u>

**Business** <u>                                                            </u>
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>                                                            </u>

ATTORNEY FOR THIS PLAINTIFF: <u>1774</u>   Bar # or Name: <u>Henry Laird</u>            *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## Plaintiff #4:

Individual: <u>          </u>  <u>        </u> - <u>               </u>       ( <u>                    </u> )  <u>        </u>  <u>         </u>
           Last Name        First Name      Maiden Name, if Applicable    Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of <u>                                                            </u>

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A <u>                                                            </u>

**Business** <u>                                                            </u>
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A <u>                                                            </u>

ATTORNEY FOR THIS PLAINTIFF: <u>        </u>   Bar # or Name: <u>                    </u>      *Pro Hac Vice* (✓)___ Not an Attorney(✓)___



# JONES WALKER

*Lawyers at Watkins Ludlam Winter & Stennis, P.A. joined the law firm of Jones Walker effective November 5, 2011, and will continue to provide legal services under the name of Jones Walker.*

Henry F. Laird
Not admitted in Alabama
hlaird@joneswalker.com

March 8, 2012

FILED

Karen Ladner Ruhr
Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, Mississippi 39520

MAR 0 8 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

**RE: Trout Point Lodge, Limited, a Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe**

Dear Ms. Ruhr:

Enclosed for filing please find the following:

1. Civil Cover Sheet and check in the amount of $120.00 which represents payment of your filing fee;

2. Motion to Enroll Foreign Judgment;

3. Clerk's Notice of Filing Foreign Judgment.

I have attached extra copies of the aforementioned documents which I would appreciate your returning stamped "filed".

Sincerely,

Henry F. Laird

HFL
Enclosures

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

2510 14TH STREET · SUITE 1125 (39501) · P.O. DRAWER 160  GULFPORT, MISSISSIPPI 39502-0160  228-864-3094  FAX 228-864-0516  www.joneswalker.com
ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    MISSISSIPPI    TEXAS

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

TROUT POINT LODGE, LIMITED  ET AL VS HANDSHOE, DOUG K.

Case # 12-0103          Acct #          Paid By CHECK 302032    Rct#   25192
-----------------------------------------------------------------------------
                    CLERK'S FEES                            85.00
                    JURY TAX                                 3.00
                    COURT REPORTERS FEE                     10.00
                    LAW LIBRARY                              2.50
                    COURT ADMINISTRATOR                      2.00
                    STATE CT ED FUND                         2.00
                    COURT CONSTITUENTS                        .50
                    ELECTRONIC COURT                        10.00
                    LEGAL ASSISTANCE                         5.00


                                              ============
                                   Total   $     120.00
-----------------------------------------------------------------------------
FOREIGN JUDGMENT


Payment received from Henry Laird
                     PO Drawer 160
                     2510 14th St. Suite 1010

                     Gulfport       MS 39502

Transaction   21863 Received  3/ 8/2012 at 13:49 Drawer   1 I.D. KATHARINE

Current Balance Due        $0.00              Receipt Amount $    120.00

By _____D.C.  Karen Ladner Ruhr, Circuit Clerk


Case # 12-0103          Acct #          Paid By CHECK 302032    Rct#   25192

KATHARINE  MCMPRT10 03/28/2012 11:31      MCR4 Circuit Court System                                              PAGE   1
Batch Print Documents for:
                    Case Number 12-0103    thru 12-0103
                    Filing Date    /  /    thru   /  /
                    Entry Date     /  /    thru   /  /

Report ID CASE
Case Number   Filing Date         Event Desc.      Entry Date   Pg

| Case Number | Filing Date | Event Desc. | Entry Date | Pg | | | |
|---|---|---|---|---|---|---|---|
| 12-0103 | 3/ 8/2012 | Notice of Filin | 3/26/2012 | 21 | MS23CC | AEV0011911 9994 | 0001 |
| 12-0103 | 3/ 8/2012 | Green Card exec | 3/20/2012 | 1 | MS23CC | AEV0011911 9995 | 0001 |
| 12-0103 | 3/ 8/2012 | Foreign Judgmen | 3/12/2012 | 1 | MS23CC | AEV0011911 9996 | 0001 |
| 12-0103 | 3/ 8/2012 | Clerk's Notice | 3/ 8/2012 | 3 | MS23CC | AEV0011911 9997 | 0001 |
| 12-0103 | 3/ 8/2012 | Motion to Enrol | 3/ 8/2012 | 10 | MS23CC | AEV0011911 9998 | 0001 |

Records Processed....    5

Total Pages Printed..   36