AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

Slabbed New Media, LLC a Mississippi LLC  )
Douglas Handshoe                          )
_____       )
            *Plaintiff*                   )
               v.                         )   Case No.   1:12-cv-38HSO-RHW
Trout Point Lodge, Limited, a foreign limited liability )
company; Charles Leary and Vaughn Perret  )
_____       )
            *Defendant*                   )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Slabbed New Media, LLC a Mississippi LLC, Douglas Handshoe, Plaintiff_____.

Date: April 3, 2012                           _____
                                                    *Attorney's signature*

                                              G. GERALD CRUTHIRD     MS BAR NO.: 7926
                                              _____
                                                    *Printed name and bar number*

                                              P. O. Box 1056
                                              121 FOurth Street
                                              Picayune, MS   39466
                                              _____
                                                          *Address*

                                              ggeraldc@bellsouth.net
                                              _____
                                                       *E-mail address*

                                              (601) 798-0220
                                              _____
                                                      *Telephone number*

                                              (601) 798-4591
                                              _____
                                                         *FAX number*