IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **SLABBED NEW MEDIA, LLC,** **A MISSISSIPPI LLC,** | **PLAINTIFFS** |
| **DOUGLAS HANDSHOE** | **CIVIL ACTION NO.:** 1:12-cv-38HSO-RHW |
| **VERSUS** | |
| | **District Judge Halil S. Ozerden** |
| **TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY;** | **Magistrate Judge Robert H. Walker** |
| **CHARLES LEARY AND VAUGHN PERRET** | **DEFENDANTS** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## UNOPPOSED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Slabbed New Media, LLC, A Mississippi LLC, and Douglas Handshoe, and on suggesting to this Honorable Court that they wish to dismiss the captioned litigation without prejudice and proceed in a collateral matter pending before the Honorable Louis Guirola, Judge, in this same court. Therefore, the plaintiffs respectfully request that this matter against defendants, Trout Point Lodge, Ltd., Charles Leary and Vaughn Perret, should be dismissed, without prejudice, each party to bear their own costs and reserving plaintiffs' rights to proceed in the other litigation pending in this Honorable Court before the Honorable Louis Guirola, Judge, bearing Docket No. 1:12-CV-90LG-JMR. Counsel for the defendants was apprised of this dismissal and did not express any objection to same.

Respectfully Submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

*s/Jack E. "Bobby" Truitt*

_____
JACK E. TRUITT, LA. BAR NO. 18476, T.A.
149 North New Hampshire Street
Covington, Louisiana 70433

> Telephone: (985) 327-5266
> Facsimile: (985) 327-5252
> Email: mail@truittlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile on April 26, 2012.

*s/Jack E. "Bobby" Truitt*
_____