IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **SLABBED NEW MEDIA, LLC,** **A MISSISSIPPI LLC,** **DOUGLAS HANDSHOE** | **PLAINTIFFS** |
| | **CIVIL ACTION NO.:** **1:12-cv-38HSO-RHW** |
| **VERSUS** | |
| **TROUT POINT LODGE, LIMITED, A FOREIGN LIMITED COMPANY;** | **District Judge Halil S. Ozerden** **Magistrate Judge Robert H. Walker** |
| **CHARLES LEARY AND VAUGHN PERRET** | **DEFENDANTS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Without Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants, Trout Point Lodge, Ltd., Charles Leary and Vaughn Perret, be and the same are hereby dismissed, without prejudice, each party to bear their own costs and reserving plaintiffs' rights to proceed in other litigation pending in this Honorable Court.

Gulfport, Mississippi, this _____ day of _____, 2012.

_____
**HONORABLE HALIL S. OZERDEN**