IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SLABBED NEW MEDIA, LLC,**                          **PLAINTIFFS**
**A MISSISSIPPI LLC,**
**DOUGLAS HANDSHOE**

**VERSUS**                                               **CIVIL NO. 1:12-cv-38HSO-RHW**

**TROUT POINT LODGE, LIMITED, A**
**FOREIGN LIMITED COMPANY;**
**CHARLES LEARY AND VAUGHN PERRET**      **DEFENDANTS**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## FINAL JUDGMENT

Considering the foregoing Unopposed Motion to Dismiss Without Prejudice;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants, Trout Point Lodge, Ltd., Charles Leary and Vaughn Perret, be and the same are hereby dismissed, without prejudice, each party to bear their own costs and reserving plaintiffs' rights to proceed in other litigation pending in this Honorable Court.

**SO ORDERED AND ADJUDGED**, this the 27th day of April, 2012.

                                                      *s/ Halil Suleyman Ozerden*
                                                      HALIL SULEYMAN OZERDEN
                                                      UNITED STATES DISTRICT JUDGE